AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District DISTRICT OF COLUMBIA | |
|---|---|---|
| Name of Movant LEE GRANT GREGG | Prisoner No. 70018-007 | Case No. 99-308(PLF) |
| Place of Confinement Petersburg Federal Correctional Institution | | |

| UNITED STATES OF AMERICA | V. | LEE GRANT GREGG (name under which convicted) |
|---|---|---|

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>U.S. District Court for the District of Columbia, Wash. D.C.</u>

2. Date of judgment of conviction <u>December 14, 2001</u>

3. Length of sentence <u>210 months</u>

4. Nature of offense involved (all counts) <u>Conspiracy to distribute 1 Kg or more of heroin, unlawful use of a telephone to distribute heroin, possession with intent to distribute heroin and aiding and abetting</u>

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

CASE NUMBER 1:06CV00284
JUDGE: Paul L. Friedman
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 02/15/2006

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
<u>N/A</u>

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)